IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00659-LTB

CEOLA BEN SWINEY,

    Plaintiff,

v.

RICKY EVANS,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 10 day of March, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/T.Lee
                    Deputy Clerk